NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**SUPERIOR COMMUNICATIONS, INC.,**
*Appellant*

**v.**

**VOLTSTAR TECHNOLOGIES, INC.,**
*Appellee*

───────────────

2016-1204

───────────────

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,365.

───────────────

**JUDGMENT**

───────────────

SID LEACH, Snell & Wilmer, LLP, Phoenix, AZ, argued for appellant.

JEROLD I. SCHNEIDER, Schneider Rothman IP Law Group, Boca Raton, FL, argued for appellee. Also represented by JOEL B. ROTHMAN.

───────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  February 13, 2017  | /s/ Peter R. Marksteiner
           Date      | Peter R. Marksteiner
                     | Clerk of Court